UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-mj-00128-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE STATUS |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | |
| HANEEF ABDULMUMIN, | ) | DATE:  November 19, 2020 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) | JUDGE: Honorable Carolyn K. Delaney |
| | ) | |
| | ) | |
| | ) | |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-mj-00128-CKD with prejudice is GRANTED.

    It is further ordered that the status conference scheduled on November 19, 2020, is vacated.

IT IS SO ORDERED.

Dated: October 22, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE STATUS CONFERENCE            1            U.S. v. HANEEF ABDULMUMIN